**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **ANDREW P. KOCH,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE LAW FIRM OF DEREK** | § | **CASE NO. 6:24-CV-00505-ADA-DTG** |
| **WILLIAMS, LLC,** | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek Gilliland (Dkt. 23). The report recommends that this Court **GRANT** Plaintiff's motion for default judgment (Dkt. 17) and that judgment be entered in favor of Plaintiff for $5,000.00 in actual Damages, $10,000.00 in punitive damages, $3,5000.00 in attorney fees, and $415 in costs of suit. The report was filed on December 9, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (Dkt. 23) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment (Dkt. 17) is hereby **GRANTED** and that Plaintiff is hereby awarded $5,000.00 in actual Damages, $10,000.00 in punitive damages, $3,500.00 in attorney fees, and $415 in costs of suit.

**SIGNED** this 14th day of January, 2026.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE